# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION

JOANN MARIA PRESTON,

        **Plaintiff,**

v.                            **Case No.  1:17cv41-MW/GRJ**

NANCY A. BERRYHILL,
**Acting Commissioner of Social Security.**

        **Defendant.**
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 30, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 31.  Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "The decision of the Commissioner is **AFFIRMED**."  The Clerk shall close the file.

**SO ORDERED on February 22, 2018.**

                        **s/Mark E. Walker**_____
                        **United States District Judge**